IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DR. CHARLES SITOMER, | § | Case No. 4:15-cv-02421 |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; THE PAUL REVERE LIFE INSURANCE COMPANY D/B/A UNUM; UNUM LIFE INSURANCE COMPANY | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

CAME ON to be considered Plaintiff's Motion for voluntary dismissal without prejudice. The Court, having considered the Motion and response, if any, is of the opinion that the Motion should be and hereby is GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's case is dismissed without prejudice to re-filing

Signed this _16th_ day of _October_, 2015.

_____
UNITED STATES DISTRICT JUDGE